**Dismissed w.o.j. and Opinion Filed August 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00838-CV

### IN RE GAIL NEWTON AND DENNIS NEWTON, Relators

**Original Proceeding from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01623-2019**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Carlyle

In this original proceeding, relators seek a writ of mandamus ordering Collin County Clerk Stacy Kemp to "rescind all wet ink signatures and immediately non-suit any and all judicial claims." We do not have jurisdiction to issue a writ of mandamus against a county clerk except to protect our jurisdiction. *See* TEX. GOV'T CODE § 22.221; *In re High Pointe Invs., LLC*, 552 S.W.3d 384, 389 (Tex. App.—Waco 2018, orig. proceeding). Relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this Court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the Collin County Clerk. We dismiss this proceeding for want of jurisdiction.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190838F.P05